# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

142156-7

In re MARCOTTE, Minors

_____

KENNETH MARCOTTE,
             Respondent-Appellant.

SC: 142156-7
COA: 296000
Wayne CC Family
Division: 09-489953-NA

_____/

On order of the Court, the application for leave to appeal the August 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2010

Clerk

y1221